# United States District Court

_____ DISTRICT OF _____ DELAWARE _____

UNITED STATES OF AMERICA

v.

JUAN MELGAR CORTEZ

## Criminal Complaint

06-67M

(Name and Address of Defendant)

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief.

On or about __May 16, 2006__, in _Sussex_ County, in the District of __Delaware__ defendant(s),

(Track Statutory Language of Offense)

an alien and subject of El Salvador who had been deported/removed from the United States on August 9, 2002, was found in the United States, and the defendant was knowingly in the United States unlawfully, and prior to the defendant's re-embarkation at a place outside the United States, neither the Attorney General nor the Undersecretary for Border and Transportation Security, Department of Homeland Security, had expressly consented to the defendant's re-application for admission,

in violation of Title __8__ United States Code, Section(s) __1326(a)__.

I further state that I am a(n) _Special Agent, Bureau of Immigration and Customs Enforcement_ and that this complaint is based
                                                                  Official Title
on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:    YES

FILED
MAY 18 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Signature of Complainant
William O. Horn
Special Agent
Bureau of Immigration and Customs Enforcement

Sworn to before me and subscribed in my presence,

__May 18, 2006__                              at  __Wilmington, DE__
Date                                              City and State

Honorable Mary Pat Thynge
United States Magistrate Judge
Name & Title of Judicial Officer                  Signature of Judicial Officer

## AFFIDAVIT

I, William O. Horn, being duly sworn, depose and say:

1. I am a Special Agent with the United States Department of Homeland Security, Bureau of Immigration & Customs Enforcement (ICE), Dover, Delaware. I have been employed as a Special Agent since October 1, 1997, when I was employed by the INS. The INS was transferred to the U.S. Department of Homeland Security as the Bureau of Immigration & Customs Enforcement (ICE) in March 2003.

2. This information in this affidavit is based on information provided to me by the Georgetown Delaware Police Department, and on my review of INS/ICE records, and on my own observations and interviews.

3. On or about May 16, 2006, Patrolman Woods of the Georgetown Police Department notified ICE that Juan MELGAR Cortez had been arrested for Terroristic Threatening. The name and date of birth given by the subject were queried in ICE databases with a positive result. Records showed that an individual with this name and date of birth had twice been deported from the United States. Your affiant went to Georgetown PD to interview Juan MELGAR Cortez. Your affiant identified himself via official credentials and asked Juan MELGAR Cortez, in Spanish, his name, date of birth and if he was in the United States legally or illegally. MELGAR Cortez replied that he was in the US illegally. Your affiant then asked if he had been deported before. MELGAR he stated, "Yes," and added that he had returned in September 2005

4. On May 17, 2006, Juan MELGAR Cortez's fingerprints were scanned into the Federal Bureau of Investigation (FBI) database Integrated Automated Fingerprint Identification System (IAFIS) and into the Department of Homeland Security Automated Biometric Identification System (IDENT). The subject was a positive match for Juan MELGAR Cortez, Alien file # 94 174 531, FBI# 265048FB4, who had previously been deported on ~~May 31~~ JUNE 13, 2000, and on August 9, 2002.

5. In a Sworn Statement, subject admitted to being removed from the United States on two previous occasions and stated that he did not obtain permission to apply for admission to the United States. Subject admitted to being arrested twice in the Untied States, once in Maryland and once in Florida. Subject was arrested on 09/16/1997 in Prince Georges County, MD for Receiving Earnings of Prostitution. There is an active warrant for the Subject from Prince Georges County for these charges. The Prince Georges County Sheriff was contacted concerning the warrant, and informed ICE that they would not extradite on this charge. Subject was arrested in Florida for Living off Earnings of Prostitutes on 10/08/1999. On 11/103/1999 the charges were Dropped/Abandoned. Subject admitted in his sworn statement that he and Jose Salazar took a girl around to work as a prostitute in Georgetown, Delaware. When Subject was arrested by Georgetown PD there was a female in the vehicle with the Subject. The female is from Honduras and told your affiant that she was working as a prostitute and that the Subject is her "Pimp". The female stated that the subject took the money from the clients and paid her half of the proceeds at the end of the week.

6. A review of the ICE Central Index System (CIS) database revealed ICE alien file A 94 174 531 in the name of Juan MELGAR Cortez, born June 12, 1968, El Salvador. ICE CIS database shows that the Subject has been previously removed from the United States on May 30, 2000, and on August 9, 2002. Your affiliant has reviewed ICE databases for the defendant's name and alien number and found no evidence of any filings for permission to reapply for admission to re-enter the United States subsequent to removal.

WHEREFORE, your affiant avers that there is probable cause to believe that JUAN MELGAR Cortez, a citizen and national of El Salvador, was removed by the INS to El Salvador on August 9, 2002, and prior to his reembarkation at a place outside the United States, neither the United States Attorney General nor the Undersecretary for Border and Transportation Security of the Department of Homeland Security had expressly consented to such alien's reapplying for admission, in violation of Title 8, United States Code, 1326(a).

William O. Horn
Special Agent
U.S. Immigration & Customs Enforcement