# United States District Court

### DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

___Juan Melgar Cortez___
Defendant

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT

Case Number: 06-67M

Upon motion of the **Government**, it is ORDERED that a **Preliminary and Detention Hearing** is set for ___May 23, 2006___ * at ___1:00 p.m.___
                                                                    Date                              Time

before ___Honorable Mary Pat Thynge, U.S. Magistrate Judge___
              Name of Judicial Officer

___Courtroom #6317, 6th Flr., Federal Bldg., 844 King St., Wilmington, Delaware___
              Location of Judicial Officer

Pending this hearing, the defendant shall be held in custody by (the United States Marshal) (_____)
                                                                                                Other Custodial Official

and produced for the hearing.

___5/18/06___                                        ___[signature]___
   Date                                                 Judicial Officer

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the Government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).
  A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.



FILED
MAY 18 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE