IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Criminal Case No. 06-67 |
| JUAN MELGAR CORTEZ, | : |
| Defendant. | : |

**MOTION FOR DETENTION HEARING**

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves (**check all that apply**):

   ___ Crime of violence (18 U.S.C. § 3156)

   ___ Maximum sentence life imprisonment or death

   ___ 10+ year drug offense

   ___ Felony, with two prior convictions in above categories

   _X_ Serious risk defendant will flee

   ___ Serious risk obstruction of justice

   FILED
   MAY 18 2006
   U.S. DISTRICT COURT
   DISTRICT OF DEL.

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

   _X_ Defendant's appearance as required

      \_\_\_ Safety of any other person and the community

3. **Rebuttable Presumption**. The United States (will, will not) invoke the rebuttable presumption against defendant under § 3142(e). (If yes) The presumption applies because (**check one or both**):

    \_\_\_ Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c)

    \_\_\_ Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

    \_\_\_ At first appearance

    _X_ After continuance of \_\_ days (not more than 3).

5. **Temporary Detention**. The United States requests the temporary detention of the defendant for a period of days (not more than 10) so that the appropriate officials can be notified since:

    \_\_\_ 1. At the time the offense was committed the defendant was:

        \_\_\_ (a) on release pending trial for a felony;

        \_\_\_ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

        \_\_\_ (c) on probation or parole for an offense.

    \_\_\_ 2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

      __X__ 3. The defendant may flee or pose a danger to any other person or the community.

      6. **Other Matters**.

      _____

      _____

DATED this 18th day of May, 2006.

                                COLM F. CONNOLLY
                                United States Attorney

BY: _/s/ Christopher J. Burke_
          Christopher J. Burke
          Assistant United States Attorney