IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 06- 59 |
| | ) |
| JUAN MELGAR-CORTEZ, | ) |
| | ) |
| Defendant. | ) |

REDACTED

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### COUNT ONE

On or about May 16, 2006, in the State and District of Delaware, the defendant herein, Juan Melgar-Cortez, an alien and citizen of El Salvador, who had been deported from the United States on or about June 13, 2000 and August 9, 2002, was found in the United States and the defendant was knowingly in the United States, and prior to the defendant's reembarkation at a place outside the United States, neither the Attorney General of the United States nor the Undersecretary for Border and Transportation Security, Department of Homeland Security, had expressly consented to the defendant's re-application for admission, in violation of Title 8, United States Code, Section 1326(a).

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

BY: _____
Christopher J. Burke
Assistant United States Attorney

Dated: May 23, 2006



FILED
MAY 23 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE