*FILED IN OPEN COURT*
*5/23/06 KJL*

UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| | ) CASE NO. *CR 06-59* |
| vs. | ) |
| *Juan Melgar-Cortez* | ) |
| | ) |
| Defendant. | ) |

## O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on *May 23, 2006* requested, through counsel, additional time to file pretrial motions. The Court having considered the request, . it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until *June 22, 2006.* The time between the date of this order and *June 22, 2006* shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

FILED

MAY 2 3 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

_____
**Honorable Mary Pat Thynge**
**U.S. Magistrate Judge**

cc: Defense Counsel
    United States Attorney