IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 06-59 GMS |
| ) | |
| JUAN MELGAR-CORTEZ ) | |

**NOTICE OF RESCHEDULING**

IT IS HEREBY ORDERED that sentencing hearing regarding the above-captioned case is rescheduled to **Friday, September 22, 2006, at 11:00 a.m.** before the Honorable Gregory M. Sleet, United States District Judge, United States Courthouse, Courtroom 4A, 844 N. King Street, Wilmington, DE 19801.

Dated: September 7, 2006           /s/ Gregory M. Sleet
                                   UNITED STATES DISTRICT JUDGE